IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01288-REB-MJW

CROCS, INC., a Delaware corporation,

Plaintiff,

v.

THE CHILDREN'S PLACE, INC., a Delaware corporation;
THE CHILDREN'S PLACE SERVICES COMPANY, LLC, a Delaware limited liability company; and
THE CHILDREN'S PLACE RETAIL STORES, INC., a Delaware corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion for Entry of Order Protecting Confidentiality of Documents and Information (docket no. 39) is GRANTED finding good cause shown. The written Protective Order (docket no. 39-1) is APPROVED as amended in paragraph 17 and made an Order of Court.

Date: November 3, 2015