# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 1:15-cv-01288-REB-MJW

CROCS, INC., a Delaware corporation,

    Plaintiff,

v.

THE CHILDREN'S PLACE, INC., a Delaware corporation;
THE CHILDREN'S PLACE SERVICES COMPANY, LLC, a Delaware limited liability company; and
THE CHILDREN'S PLACE RETAIL STORES, INC., a Delaware corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

This matter is before the court on the **Notice of Dismissal With Prejudice** [#44][1] filed December 21, 2015. After reviewing the notice and the record, I conclude that the notice should be approved and this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal With Prejudice** [#44] is approved;

2. That any pending motion is denied as moot; and

3. That this action is dismissed with prejudice as to all defendants.

Dated December 23, 2015, at Denver, Colorado.

                                                  **BY THE COURT:**

                                                  */s/ Bob Blackburn*
                                                  Robert E. Blackburn
                                                  United States District Judge

---

[1] "[#44]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.